IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN BOLT                                                                                    PLAINTIFF

v.                                  No. 3:16-CV-00106-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                               DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

So ordered this 4th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE